# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| USA <br> *Plaintiff* <br> v. <br> Michael O'Donnell <br> *Defendant* | ) <br> ) <br> ) Case No. 13-CR-10262-DPW <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Deft Mike O'Donnell

Date: 9/12/13

*Attorney's signature*

Jeffrey Denner 120520
*Printed name and bar number*

4 Longfellow Pl Boston MA
*Address*

*E-mail address*

617-227-2800
*Telephone number*

617 973 1562
*FAX number*

FILED IN OPEN COURT - 9/12/13
Noreen Russo Deputy Clerk. _____