UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 13-10262-DPW |
| ) | |
| MICHAEL P. O'DONNELL, ) | |
| Defendant ) | |
| ) | |

## ORDER OF EXCLUDABLE DELAY

Upon consideration of the government's motion, assented-to by counsel for the defendant, seeking an order of excludable delay, the Court finds as follows:

1. On January 30, 2014, the Court held a Status Conference/Initial Pretrial Conference, at which counsel for the parties jointly requested that the Court schedule a trial in this case to begin on September 22, 2014. The Court granted the parties' request.

2. I find that a continuance of the trial in this case to September 22, 2014 is necessary to assure the defendant continuity of counsel, and that failure to grant this continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

3. I further find that the ends of justice served by granting the requested continuance, and excluding the time period from January 30, 2014 through and including September 22, 2014 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and Section 5(b)(7)(C)(iv) of the Plan for Prompt Disposition of Criminal Cases for the United States District Court for the District of Massachusetts.

Accordingly, the Court hereby grants the assented-to motion and ORDERS that, pursuant

to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(B) and 5(b)(7)(C)(iv) of the Plan for Prompt Disposition of Criminal Cases for the United States District Court for the District of Massachusetts, (1) the date on which the trial must commence is continued; and (2) the period from January 30, 2014 through and including September 22, 2014 is excluded from the speedy trial clock and from the time within which the trial of the offenses charged in the indictment must commence.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2014

