UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:13-cr-10262-DPW |
| **MICHAEL P. O'DONNELL,** Defendant | |

## NOTICE OF APPEARANCE

    Kindly enter the appearance of attorney Adamo L. Lanza as co-counsel of record in the above-captioned matter on behalf of defendant, Michael P. O'Donnell

Date: March 28, 2014

Respectfully submitted,
MICHAEL P. O'DONNELL

By and through his attorney,

/s/ *Adamo Lanza*
Adamo L. Lanza, BBO# 689190
J.A. Denner & Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel. (617) 227-2800
Fax (617) 973-1562
alanza@dennerlaw.com

## CERTIFICATE OF SERVICE

    I, Adamo L. Lanza, hereby certify that on this the 28th day of March 2014, I caused a true copy of the foregoing *Notice of Appearance* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

/s/ *Adamo Lanza*
Adamo Lanza