Honorable Patti B. Saris
Chief United States District Judge
United States District Court
for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Date: February 11, 2019

Re: Michael P. O'Donnell 1:13-CR-10262-DPW Motion under 28 USC 2255 Seeking a New Trial By A Person In Federal Custody

Dear Honorable Judge Saris:

I am writing you to request your assistance in directing the Honorable Judge Douglas Woodlock to make a prompt decision on this developed Motion.

Seventeen (17) months have elapsed since the Motion was filed on September 2, 2017. Thirteen (13) months have elapsed since the Petitioner Reply Brief was filed on January 10, 2018. I have been incarcerated for twenty-six (26) months since December 29, 2016. I am scheduled for release in two (2) months to home confinement on April 23, 2019. I have served the majority of my sentence and each day that passes diminishes the benefit of the requested relief.

I appreciate any assistance you can provide me in this matter.

Sincerely,

*Michael P. O'Donnell* (signature)

Michael P. O'Donnell
Fed Reg #95516038
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

CC: Honorable Douglas P. Woodlock Senior District Judge