United States District Court
District of Massachusetts

_____

Criminal Action No. 1:13-cr-10262-DPW

**United States,**

v.

**Michael P. O'Donnell**
_____

**Motion to Withdraw as Counsel**
_____

The undersigned moves that he be permitted to withdraw as counsel in the above case. In support thereof, the undersigned states that he was engaged to prepare and present the petitioner's 2255 motion. That motion has now been denied. The undersigned does not anticipate the need for any further filings, and Mr. O'Donnell has requested that he withdraw as counsel.

Respectfully submitted,

**Michael P. O'Donnell**,
*By his attorney,*

Dana Alan Curhan
B.B.O. # 544250
45 Bowdoin Street
Boston, Massachusetts 02114
(617) 267-3800
dana.curhan@gmail.com

## Certificate of Service

I hereby certify that I served this document upon counsel for the United States by filing the same through the ECF system, whereby they will be sent electronically to the registered participants as identified on the Notice of Electronic filing. There are no non-registered participants involved in this case.

Dana Alan Curhan
B.B.O. # 544250
45 Bowdoin Street
Boston, Massachusetts 02114
(617) 267-3800
dana.curhan@gmail.com